IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LONNIE TURNER, <br> TDCJ #655744, <br><br> Plaintiff, <br><br> v. <br><br> C.S. STAPLES, *et al.*, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. H-06-0293 |

## FINAL JUDGMENT

For the reasons set out in the Court's *Memorandum and Order on Dismissal* of even date, this case is **DISMISSED** with prejudice, under 28 U.S.C. § 1915(e)(2)(B), for failure to state a claim.

This is a **FINAL JUDGMENT**.

The Clerk will provide copies of this order to the parties.

SIGNED at Houston, Texas on **January 31, 2006.**

_____
Nancy F. Atlas
United States District Judge

060131.1529